

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00227-CV

Elizabeth **GUPTA**,
Appellant

v.

**MIDLAND FUNDING LLC**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF000115 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED June 19, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice